Application denied; there is no error in the judgments complained of.

267 So.2d 728

### STATE of Louisiana ex rel. Robert MATTHEWS

v.

### C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52910.

Oct. 26, 1972.

Writ denied: The showing made does not warrant the exercise of our jurisdiction.

BARHAM, J., is of the opinion the writ should be granted.

TATE, J., concurs. The relator's failure to raise objections to the venire or the petit jury or to the other alleged trial error waived his right to raise them now many years later. See opinion on his appeal and record. State v. Matthews, 257 La. 220, 242 So.2d 227 (1970).

267 So.2d 728

### STATE of Louisiana ex rel. Lawrence Joseph SMITH

v.

### C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52911.

Oct. 26, 1972.

Application denied; applicant's complaints have already been considered and acted upon, adversely to applicant. See State v. Smith, 259 La. 515, 250 So.2d 724.